

FILED
2006 May-18 AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DONNIE HILBURN,**           ) | |
|                              ) | |
|    **Petitioner,**     ) | |
|                              ) | |
| vs.                          ) | Case No.  CV 05-TMP-1244-E |
|                              ) | |
| **FREDDIE BUTLER, Acting**    ) | |
| **Warden; ATTORNEY GENERAL**  ) | |
| **OF THE STATE OF ALABAMA,**  ) | |
|                              ) | |
|    **Respondents.**    ) | |

## ORDER

On April 18, 2006, the magistrate judge filed his report, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice as time-barred (doc. no. 11). The petitioner filed objections on May 5, 2006 (doc. no. 12).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate's report and recommendation and petitioner's objections thereto, the Court ADOPTS the report, and ACCEPTS the recommendation of the magistrate judge. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be, and the same is hereby, DISMISSED WITH PREJUDICE as barred by 28 U.S.C. § 2244(d). The clerk is directed to close this file.

For information regarding the cost of appeal, see the attached notice.

DONE this 17th day of May, 2006.

                                                                    _____
                                                                    United States District Judge